M/D-2

FORM FOR USE IN APPLICATIONS
FOR HABEAS CORPUS UNDER 28 U.S.C. §2254

2:06CV690-MEF

Name: James Arthur Culbreth

2006 AUG -4 A 9:28

Prison Number: 214203

U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Place of Confinement: Easterling Correctional Facility, Clio, Alabama

United States District Court ___Middle___ District of Alabama

Case No. _____
(To be supplied by Clerk of U. S. District Court)

___James Arthur Culbreth___, PETITIONER
(Full name) (Include name under which you were convicted)

___Gwendolyn Mosley___, RESPONDENT
(Name of Warden, Superintendent, Jailor, or authorized person having custody of Petitioner)

and

THE ATTORNEY GENERAL OF THE STATE OF Alabama

_____, ADDITIONAL RESPONDENT.

(if petitioner is attacking a judgment which imposed a sentence to be served in the future, petitioner must fill in the name of the state where the judgment was entered. If petitioner has a sentence to be served in the future under a federal judgment which he wishes to attack, he should file a motion under 28 U.S.C. §2255, in the federal court which entered the judgment.)

PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN
STATE CUSTODY

INSTRUCTIONS--READ CAREFULLY

(1) This petition must be legibly handwritten or typewritten and signed by the petitioner under penalty of perjury. Any false statement of a material fact may serve as the basis for prosecution and conviction for perjury. All questions must be answered concisely in the proper space on the form.

The Judicial Conference of the United States has adopted, effective 1/1/83, the 8-1/2 x 11 inch paper size standard for use throughout the federal judiciary and directed the elimination of the use of legal size paper. All pleadings, etc. filed after 12/31/82 must be on 8-1/2 x 11 inch paper, otherwise we cannot accept them.

(2) Additional pages are not permitted except with respect to the <u>facts</u> which you rely upon to support your grounds for relief. No citation of authorities need be furnished. If briefs or arguments are submitted, they should be submitted in the form of a separate memorandum.

(3) Upon receipt of a fee of $5 your petition will be filed if it is in proper order.

(4) If you do not have the necessary filing fee, you may request permission to proceed <u>in forma pauperis</u>, in which event you must execute the declaration on the last page, setting forth information establishing your inability to prepay the fees and costs or give security therefor. If you wish to proceed <u>in forma pauperis</u>, you must have an authorized officer at the penal institution complete the certificate as to the amount of money and securities on deposit to your credit in any account in the institution.

(5) Only judgments entered by one court may be challenged in a single petition. If you seek to challenge judgments entered by different courts either in the same state or in different states, you must file separate petitions as to each court.

(6) Your attention is directed to the fact that you must include all grounds for relief and all facts supporting such grounds for relief in the petition you file seeking relief from any judgment of conviction.

(7) When the petition is fully completed, <u>the original and two copies* must be mailed to the Clerk of the United States District Court whose address is</u>
<u>        P. O. Box 711, Montgomery, Alabama   36101                          </u>
<u>                                                                           </u>

(8) Petitions which do not conform to these instructions will be returned with a notation as to the deficiency.

   *If you are proceeding in forma pauperis, only the original petition needs to be filed with the Court.

PETITION

1. Name and location of court which entered the judgment of conviction under attack **Circuit Court of Montgomery County, Alabama**

2. Date of judgment of conviction **September 26, 2000**

3. Length of sentence **Life**     Sentencing Judge **Eugene W. Reese**

4. Nature of offense or offenses for which you were convicted: **Sodomy first degree / enticing a child**

5. What was your plea? (check one)
   (a) Not guilty  [X]
   (b) Guilty      ( )
   (c) Nolo contendere ( )
   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details: _____

6. Kind of trial: (Check one)
   (a) Jury ☒
   (b) Judge only ( )

7. Did you testify at the trial? Yes ( )   No ☒

8. Did you appeal from the judgment of conviction? Yes ☒  No ( )

9. If you did appeal, answer the following:
   (a) Name of court Alabama Court of Criminal Appeals
   (b) Result Conviction Affirmed by memorandum
   (c) Date of result April 20, 2001
   If you filed a second appeal or filed a petition for certiorari in the Supreme Court, give details: Filed Writ of Certerorari - Alabama Supreme Court. Was denied no opinion August 31, 2001.

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal? Yes ☒  No ( )

11. If your answer to 10 was "yes", give the following information:
    (a)(1) Name of court Circuit Court of Montgomery County, Alabama
       (2) Nature of proceeding Post Conviction - Rule 32
       (3) Grounds raised double jeopardy, ineffective assistance of counsel, court was without jurisdiction. In violation of the Constitution of the United States

       (4) Did you receive an evidentiary hearing on your petition, application or motion? Yes ( ) No ☒
       (5) Result Judgment Affirmed
       (6) Date of result October 11, 2002
    (b) As to any second petition, application or motion give the same information:
       (1) Name of court Circuit Court of Montgomery County, Ala.
       (2) Nature of proceeding Post Conviction - Rule 32
       (3) Grounds raised Culpable mental state, ineffective assistance of counsel.

       (4) Did you receive an evidentiary hearing on your petition, application or motion? Yes ( ) No ☒
       (5) Result Judgment Affirmed
       (6) Date of result October 14, 2005

    (c) As to any third petition, application or motion, give the same information:
      (1) Name of court _____
      (2) Nature of proceeding _____

      (3) Grounds raised _____
_____
_____
_____
_____
_____
_____

      (4) Did you receive an evidentiary hearing on your petition, application or motion? Yes ( ) No ( )
      (5) Result _____
      (6) Date of result _____
   (d) Did you appeal to the highest state court having jurisdiction the result of any action taken on any petition, application or motion:
      (1) First petition, etc.        Yes (X)  No ( )
      (2) Second petition, etc.     Yes (X)  No ( )
      (3) Third petition, etc.      Yes ( )  No ( )
   (e) If you did not appeal from the adverse action on any petition, application or motion, explain briefly why you did not: _____
_____
_____
_____
_____
_____

12.  State concisely every ground on which you claim that you are being held unlawfully. Summarize briefly the facts supporting each ground.

    CAUTION:  In order to proceed in the federal court, you must ordinarily first exhaust your state court remedies as to each ground on which you request action by the federal court. As to all grounds on which you have previously exhausted state court remedies, you should set them forth in this petition if you wish to seek federal relief. If you fail to set forth all such grounds in this petition, you may be barred from presenting them at a later date.

For your information, the following is a list of the most frequently raised grounds for relief in habeas corpus proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed if you have exhausted all your state court remedies with respect to them. However, you should raise in this petition all available grounds (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

If you select one or more of these grounds for relief, you must allege facts in support of the ground or grounds which you choose. Do not check any of the grounds listed below. The petition will be returned to you if you merely check (a) through (j) or any one of these grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily with understanding of the nature of the charge and the consequences of the plea.
(b) Conviction obtained by use of coerced confession.
(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure, [where the state has not provided a full and fair hearing on the merits of the Fourth Amendment claim].
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest, [where the state has not provided a full and fair hearing on the merits of the Fourth Amendment claim].
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.
(i) Denial of effective assistance of counsel.
(j) Denial of right of appeal.

See Brief In Support of 2254 Petition.

A. Ground one: **Indictments Did Not Allege A Culpable Mental State**
Supporting FACTS (tell your story briefly without citing cases or law): The indictments failed to allege an essential element of the charged offense.
The Alabama code requires one of the four culpable mental states be charged; "knowingly," "recklessly," "intentionally," or "criminal negligence."
Federal law requires a scienter element be included in the charged offense. "The existence of a mens rea is the rule of, rather than the exception to, the principles of Anglo-American criminal jurisprudence."

B. Ground two: **Convictions obtained by a violation of the protection against double jeopardy.**
Supporting FACTS (tell your story briefly without citing cases or law): 1) The indictments are multiplicitous and the convictions were obtained by a violation of double jeopardy.
2) Was convicted of the crime of sodomy and the attempt or solication to commit sodomy. The enticement conviction violated double jeopardy.
3) State did not prove every element of the offense charged to the jury. The State charged "force" which the State did not prove and has admitted it did not prove force. The State's nol press "force" after the trial was over, which worked to acquit the petitioner of the single crime of sodomy.

C. Ground three: The indictments were not sufficient to charge the offenses.
Supporting FACTS (tell your story briefly without citing cases or law): The indictments were ambiguous and did not clearly and directly specifically say what the petitioner did to commit the offenses charged.

D. Ground four: Ineffective Assistance of Counsel
Supporting FACTS (tell your story briefly without citing cases of law): 1) Did not object to the multiplicitious indictments. 2) Did not object to petitioner being prosecuted for the crime of sodomy and enticement - the attempt or solication of the crime charged - sodomy. 3) Did not object to a life sentence for sodomy, a single crime, after the state had acquited for. 4) Did not object to petitioner being sentenced to life on count II of the indictments that the state had nol pross.

13. If any of the grounds listed in 12A, B, C, and D were not previously presented in any other court, state or federal state briefly what grounds were not so presented, and give your reasons for not presenting them: _____

14. Do you have any petition or appeal now pending in any court, either state or federal, as to the judgment under attack? Yes ( ) No (X)

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:
(a) At preliminary hearing Raymond Johnson - Montgomery
(b) At arraignment and plea Raymond Johnson - Montgomery

(c) At trial  Kimberly O. Fehl, Montgomery

(d) At sentencing  Kimberly O. Fehl, Montgomery

(e) On appeal  William W. Whatley - Montgomery

(f) In any post-conviction proceeding  N/A

(g) On appeal from any adverse ruling in a post-conviction proceeding:  N/A

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?
Yes (X)  No ( )

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
Yes ( )  No (X)

   (a) If so, give name and location of court which imposed sentence to be served in the future: _____

   (b) And give date and length of sentence to be served in the future: _____

   (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
Yes ( )  No ( )

Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

_____
Signature of Attorney (if any)

I declare ( or certify, verify, or state) under penalty of perjury that the foregoing is true and correct. Executed on  July 31, 2006
(date)

*James Arthur Culbreth*
Signature of Petitioner

James Arthur Culbreth
#214203   9A-48
Easterling Corr. Facility
200 Wallace Drive
Clio, AL. 36017-2615