IN THE UNITED STATES DISTRICT COURT FOR THE

MIDDLE DISTRICT OF ALABAMA

AFFIDAVIT IN SUPPORT OF REQUEST
TO PROCEED IN FORMA PAUPERIS

RECEIVED
2006 AUG -4 A 9:58

U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

_James Arthur Culbreth_
Plaintiff(s)

vs.

_State Of Alabama_
Defendant(s)

2:06CV690-MEF

I, _James Arthur Culbreth_, being first duly sworn, depose and say that I am the plaintiff in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief. I recognize that I may be prosecuted for any false statement which I may make herein.

I further swear that the responses which I have made to questions and instructions below are true.

1. Are you presently employed?    YES ( )   NO (X)

   A. If the answer is YES, state the amount of your salary or wages per month, and give the name and address of your employer.

   _____

   B. If the answer is NO, state the date of last employment and the amount of salary and wages per month which you received.
   _January 1999, $2,400.00_

2. Have you received within the past twelve months any money from any of the following sources?

   A. Business, profession or form of self-employment? YES ( ) NO (X)

   B. Rent payments, interest or dividends? YES ( ) NO (X)

   C. Pensions, annuities or life insurance payments? YES ( ) NO (X)

   D. Gifts or inheritances? YES (X) NO ( )

   E. Any other sources? YES (X) NO ( )

If the answer to any of the above is YES, describe each source of money and state the amount received from each during the past twelve months.
_VA disability $52.00 a month. From family $25.00 for hygiene and personal needs._

3.  Do you own cash, or do you have money in a checking or savings account? [Include any funds in prison accounts.]   YES ( )   NO (X)

    If the answer is YES, state the total value of the items owned.
    _____
    _____

4.  Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property [excluding ordinary household furnishings and clothing]? YES ( )   NO (X)

    If the answer is YES, describe the property and state its approximate value.
    _____
    _____

5.  List the persons who are dependent upon you for support, state your relationship to those persons and indicate how much you contribute toward their support. _None_____
    _____
    _____
    _____

*James Arthur Culbreth*
Signature of Affiant

STATE OF ALABAMA    )
COUNTY OF_____ )

   Before me, a notary public in and for said County, in said State, personally appeared_____, whose name is signed to the foregoing complaint, who being first duly sworn, deposes on oath and says:

   That the information set forth in the foregoing affidavit is true and correct to the best of his knowledge and belief.

                                        _____
                                        Signature of Affiant

Sworn to and subscribed before me this _____ day of _____, 19___.

_____
Notary Public

_____ County, Alabama

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _July 4, 2006_
                (date)

_James Arthur Culbreth_
Signature of Affiant
214203

CERTIFICATE

I hereby certify that the plaintiff herein has the sum of $ _95.86_ on account to his credit at the _Easterling_ institution where he is confined. I further certify that plaintiff likewise has the following securities to his credit according to the records of said institution:

_All attached_

I further certify that he has had the average sum on account at this institution as of the first day of each month of the immediate preceding months (not to exceed six (6) months.

1. $ _All_    on the 1st day of _Attached_
2. $          on the 1st day of
3. $          on the 1st day of
4. $          on the 1st day of
5. $          on the 1st day of
6. $          on the 1st day of

_All attached_

_Yolanda Lovan ARAT_
Authorized Officer of Institution

DATE _7/5/06_

```
                        STATE OF ALABAMA
                     DEPARTMENT OF CORRECTIONS
                     EASTERLING CORR FACILITY


AIS #: 214203      NAME: CULBRETH, JAMES ARTHUR        AS OF: 07/05/2006

                   # OF        AVG DAILY           MONTHLY
         MONTH     DAYS        BALANCE             DEPOSITS
         ------------------------------------------------------------

         JUL       26          $94.22              $104.00
         AUG       31          $126.00             $77.00
         SEP       30          $74.93              $77.00
         OCT       31          $41.00              $136.99
         NOV       30          $95.09              $77.00
         DEC       31          $66.78              $77.00
         JAN       31          $29.70              $77.00
         FEB       28          $22.97              $77.00
         MAR       31          $19.41              $77.00
         APR       30          $42.08              $77.00
         MAY       31          $70.49              $77.00
         JUN       30          $102.03             $77.00
         JUL       5           $95.86              $0.00
```