IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

JAMES ARTHUR CULBRETH, #214 203   *

    Petitioner,   *

    v.   *   2:06-CV-690-MEF

GWENDOLYN MOSLEY, WARDEN, *et al.*,   *

    Respondents.   *

_____

**ORDER ON MOTION**

Upon consideration of Petitioner's Motion for Leave to Proceed *In Forma Pauperis*, it is

ORDERED that the motion (Doc. No. 3) be and is hereby GRANTED.

DONE, this 14th day of August, 2006.

                          /s/ Susan Russ Walker
                          SUSAN RUSS WALKER
                          UNITED STATES MAGISTRATE JUDGE