In The United States District Court
For The Middle District Of Alabama
Northern Division

James Arthur Culbreth,
    Petitioner,

v.

Gwendoly Mosley, Warden, et al.,
    Respondents

Case No. 2:06-CV-690-MEF
(WO)

## Motion For Enlargement Of Time

Comes now the Petitioner, James Arthur Culbreth pro se, and moves this Court to grant an Enlargement of Time for Petitioner to respond to the Recommendation of the Magistrate Judge of August 14, 2006.

Respectfully submitted this the 17th day of August, 2006.

*James Arthur Culbreth*
James Arthur Culbreth
#214203  9A-48
Easterling Corr. Facility
200 Wallace Drive
Clio, AL. 36017-2615