IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

JAMES ARTHUR CULBRETH, #214 203       *

    Petitioner,                                          *

    v.                                                          *     2:06-CV-690-MEF

GWENDOLYN MOSLEY, WARDEN, *et al*.,    *

    Respondents.                                         *

_____

**ORDER ON MOTION**

Pending before the court is Petitioner's Motion for Extension of Time to File Objections to the Recommendation of the Magistrate Judge. Upon review of the motion, the court concludes that it should be granted.

Accordingly, it is ORDERED that:

1.    Petitioner's Motion for Extension of Time to file Objections (Doc. No. 6), is GRANTED; and

2.    Petitioner IS GRANTED an extension from August 28, 2006 to September 7, 2006 to file his objections to the August 14, 2006 Recommendation of the Magistrate Judge.

DONE, this 29th day of August, 2006.

                                        /s/ Susan Russ Walker
                                        SUSAN RUSS WALKER
                                        UNITED STATES MAGISTRATE JUDGE