In The United States District Court
For The Middle District Of Alabama
Northern Division

2006 AUG 30  A 9:35

James Arthur Culbreth,
   Petitioner,

v.

Gwendolyn Mosley, Warden, et al.,
   Respondents.

Case No. 2:06-CV-690-MEF
(WO)

## Motion To Dismiss Petition

Comes now the Petitioner, James Arthur Culbreth pro se, and moves this Court to Dismiss this Petition without prejudice. Petitioner will file the "mental culpability issue" with the eleventh circuit for an Order authorizing this Court to consider that <u>one</u> issue. The other issues, being successive, will not be included.

Respectfully submitted this the 27th day of August, 2006.

*James Arthur Culbreth*
James Arthur Culbreth
#214203   9A-48
Easterling Corr. Facility
200 Wallace Drive
Clio, AL. 36017-2615