IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| JAMES ARTHUR CULBRETH, #214 203 | * | |
| Petitioner, | * | |
| v. | * | 2:06-CV-690-MEF |
| GWENDOLYN MOSLEY, WARDEN, *et al.*, | * | |
| Respondents. | * | |

_____

**ORDER**

For good cause, it is

ORDERED that the Recommendation of the Magistrate Judge entered August 14, 2006 (Doc. No. 5) be and is hereby WITHDRAWN.

DONE, this 15th day of September, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE